UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONI ARJANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>PENTWATER CAPITAL MANAGEMENT LP, MCH PWCM HOLDINGS, INC., and MATTHEW C. HALBOWER,<br><br>Defendants. | 26-cv-7884 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Plaintiff has filed the attached purported voluntary dismissal of this case pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Aside from the fact that the purported voluntary dismissal was filed in violation of the Court's Individual Rule 2(b), the complaint is a putative class action and the dismissal therefore arguably affects the rights of putative class members. Accordingly, the Clerk of Court is directed not to give any effect to this purported voluntary dismissal, and counsel for plaintiff, for movant Argonaut Capital Partners LLP, for movant Khashayar Hakimian, and for defendants are directed to jointly telephone the Court by no later than the close of business on Tuesday, October 27, 2026 to discuss the matter further.

SO ORDERED.

New York, NY
October 26, 2026

JED S. RAKOFF, U.S.D.J.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONI ARJANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PENTWATER CAPITAL MANAGEMENT LP, MCH PWCM HOLDINGS, INC., and MATTHEW C. HALBOWER,<br><br>Defendants. | Case No.: 1:26-cv-07884-JSR<br><br>Hon. Jed S. Rakoff |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Roni Arjang, and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under F.R.C.P. 41(a)(1)(A)(i) is therefore appropriate.

Dated: October 23, 2026

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Roni Arjang*